IN THE MATTER OF THE PETITION OF OLIVER BESLEY TO VACATE AN ASSESSMENT.

(Argued December 12, 1876; decided December 22, 1876.)

*Edgar O. Andrews* for the appellant.

*D. J. Dean* for the respondent.

Agree to affirm.   No opinion.
All concur.
Judgment affirmed.